IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD DAVIS,

                Plaintiff,                ORDER

  v.

                                            08-cv-584-slc

C.O. SCHILT, SGT. MUGHANI,
C.O. CRAIG WEBERG,
C.O. MICHAEL SCHAUER, C.O. TECHMEIER,
and R.N. THAD,

                Defendants.

On March 13, 2009, this court entered an order granting plaintiff's request for leave to proceed *in forma pauperis* against defendants Schilt, Mughani, Weberg, Schauer, Techmeier and Thad for violations of his rights under the First, Fourth and Eighth Amendments. Pursuant to the March 13 order, copies of plaintiff's complaint were forwarded to the state Attorney General's office for service on the defendants as part of an informal service agreement this court has with the Attorney General. However, now the Attorney General's office has informed the court that it cannot accept service for defendants because "they are all Rock County employees."

Because the informal service agreement does not apply to persons who are not state employees, it will be necessary for the United States Marshal to serve the defendants in this case. Therefore, I will ask the clerk of court to complete the necessary Marshals Service and summons forms for defendants and to forward the forms, together with plaintiff's complaint

and a copy of the March 13 order, to the United States Marshal for service on defendants.

Entered this 24th day of March, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge