IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD DAVIS,

                                                        ORDER

               Plaintiff,

                                                  08-cv-584-slc

      v.

ROCK COUNTY SHERIFF ROBERT SPODEN,
CHIEF DEPUTY BARBARA TILLMAN,
C.O. SCHILT, SGT. BEYER, SGT. BURDICK,
SGT. LALOR, SGT. SPRECHER,
LT. RUSS STEEBER, SGT. MUGHANI,
C.O. CRAIG WEBERG, C.O. MICHAEL SCHAUER,
C.O. TECHMEIER, R.N. THAD, C.O. VANDENBUREN,
RECORDS OFFICE MS. J. and C.O. KLUSMEYER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At the April 29, 2009 recorded telephonic pretrial conference with Magistrate Judge Crocker, plaintiff Donald Davis announced that he would like to dismiss this lawsuit without prejudice due to problems he is having pursuing this lawsuit while incarcerated at the Rock County Jail. Davis indicated that he probably will re-file this lawsuit after his release in June 2009. All defendants, by their attorneys, responded on the record that they do not oppose dismissal without prejudice at this time.

1

Accordingly, it is ORDERED that plaintiff's motion to dismiss without prejudice is GRANTED and the clerk is directed to close this case.

Entered this 29th day of April, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge